ANTHONY J WEIBELL (SBN 238850)
AWeibell@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

SOPHIA M. MANCALL-BITEL (SBN 337002)
SMancall-Bitel@mayerbrown.com
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Respondent TikTok Inc.

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY EDWARDS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TIKTOK INC.,<br><br>　　　　Respondent. | CASE NO.: 5:24-cv-02039-JGB-SP<br><br>**STIPULATION TO EXTEND TIME FOR RESPONDENT TO RESPOND TO CLASS ACTION PETITION TO COMPEL ARBITRATION BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND SET SCHEDULE FOR PETITIONER TO REPLY**<br><br>Petition Served: September 27, 2024<br>Current Response Date: October 18, 2024<br>New Response Date: November 1, 2024<br><br>Judge: Hon. Jesus G. Bernal<br><br>Filed: September 24, 2024<br>Trial Date: None |

STIPULATION TO EXTEND TIME FOR RESPONDENT TO RESPOND TO PETITION BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND SET SCHEDULE FOR PETITIONER TO REPLY

CASE NO. 5:24-CV-02039-JGB-SP

Pursuant to Local Rule 8-3, Petitioner Brittany Edwards (as the guardian of D.B. Barlow, "Petitioner") and Respondent TikTok Inc. ("Respondent") (together with Petitioner, the "Parties"), by and through their respective counsel of record, stipulate to extend Respondent's deadline to respond to Petitioner's Class Action Petition to Compel Arbitration ("Petition"), and set the deadline for Petitioner to file any reply thereto as follows:

WHEREAS, Petitioner filed the Petition on September 24, 2024;

WHEREAS, Respondent was served with the Petition on September 27, 2024, such that a response to the Petition is due on October 18, 2024;

WHEREAS, pursuant to Local Rule 8-3, the Parties have agreed to extend the deadline to respond to the Petition to November 1, 2024, to set a deadline for any reply thereto as December 2, 2024, and to have the matter heard on December 16, 2024, subject to the Court's availability;

WHEREAS, the proposed extension will not prejudice either Party or affect any Court-imposed deadlines because no scheduling order has been entered in this action by this Court and no hearing has been set for the Petition;

WHEREAS, no previous extension of time has been granted on the time to respond to the Petition;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Respondent's deadline to respond to the Petition shall be extended to November 1, 2024, and any reply thereto shall be filed by December 2, 2024.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: October 18, 2024 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: */s/ Anthony J Weibell* <br>    Anthony J Weibell |
| 4 | |    AWeibell@mayerbrown.com |
| 5 | | *Attorneys for Respondent* |
| 6 | | TIKTOK INC. |
| 7 | | |
| 8 | Dated: October 18, 2024 | FREEDMAN NORMAND FRIEDLAND LLP |
| 9 | | |
| 10 | | By: */s/ Ivy Ngo* <br>    Ivy Ngo |
| 11 | |    ingo@fnf.law |
| 12 | | *Counsel for Petitioner* |
| 13 | | BRITTANY EDWARDS, ON BEHALF OF D.B. BARLOW |

STIPULATION TO EXTEND TIME FOR RESPONDENT TO RESPOND TO PETITION BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND SET SCHEDULE FOR PETITIONER TO REPLY        -3-        CASE NO. 5:24-cv-02039-JGB-SP

# ATTESTATION CLAUSE

I, Anthony J Weibell, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 18, 2024			MAYER BROWN LLP

By:   */s/ Anthony J Weibell*