# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY EDWARDS, on behalf of D.B. BARLOW,<br><br>　　　　　Petitioner<br><br>　v.<br><br>TIKTOK INC.,<br><br>　　　　　Respondent. | C.A. No. 5:24-cv-02039-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONDENT'S SUR-REPLY AND TO CONTINUE THE HEARING DATE FOR, THE CLASS ACTION PETITION TO COMPEL ARBITRATION**<br><br>Date: December 23, 2024<br>Time: 9:00 a.m.<br>Place: Court Room 1<br><br>Judge: Hon. Jesus G. Bernal<br>Filed: September 24, 2024 |

ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONDENT'S SUR-REPLY TO, AND TO CONTINUE THE HEARING DATE FOR, THE CLASS ACTION PETITION TO COMPEL ARBITRATION

1     Pursuant to the Stipulation of the parties, and with good cause appearing for the requested relief, it is hereby ORDERED that:

    (1) Respondent's deadline to file a Sur-Reply is extended to December 20, 2024; and

    (2) The Hearing on the Petition is now set for January 13, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 6, 2024     By: _____

    The Honorable Jesus G. Bernal
    United States District Court Judge

---

ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR RESPONDENT'S SUR-REPLY TO, AND TO CONTINUE THE HEARING DATE FOR, THE CLASS ACTION PETITION TO COMPEL ARBITRATION